CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JUN 0 8 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| FABRIKO ACQUISITION CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>DEAN PROKOS; GREEN LAKE MARINA PROPERTIES, L.L.C.; STEVEN R. SORENSON,<br><br>*Defendants.* | CIVIL ACTION NOS. 6:04-CV-00018<br>6:04-CV-00045<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the Motion to Dismiss of Defendants. For the reasons stated in the accompanying MEMORANDUM OPINION, it is hereby

**ORDERED and ADJUDGED**

as follows:

(1) The Motion to Dismiss of Defendants is DENIED.

(2) Pursuant to 28 U.S.C. § 1404(a), this matter is hereby TRANSFERRED to the Federal District Court for the Eastern District of Wisconsin.

It is so ORDERED.

Let the Clerk of the Court forward a certified copy of this Order, under the official seal of this Court, to the Supreme Court of Virginia and thereafter forward to the Federal District Court for the Eastern District of Wisconsin such additional papers as the court may require, including,

but not exclusively, the record in this case, or any portion thereof, or copies of the same.

The Clerk of the Court is further directed to send a copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

June 8, 2005
Date